UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE WORTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation qualified to do business in California AKA NATIONWIDE MUTUAL INSURANCE AKA ALLIED INSURANCE,<br><br>　　　　Defendant. | No. 2:14-cv-02068-GEB-AC<br><br>**ORDER RE VDRP REQUEST AND AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER** |

　　　　On March 11, 2015, the parties filed a Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program ("VDRP") and a Proposed Order, in which they agree as follows:

>　　A. The Parties shall conduct a private mediation of the case with the jointly selected mediator, in accordance with L.R. 271(a)(3);
>
>　　B. The mediation shall be conducted and completed by May 31, 2015;
>
>　　C. The provision and requirements of L.R. 271(j), (k) and (l) for VDRP sessions, shall be applicable to their mediation conference; and
>
>　　D. The Parties shall file a completion report or dismissal as required by L.R. 271(o), on or within 14 days of the VDRP session.

(Proposed Order, ECF No. 11-1.) The parties also seek in the

1

proposed order to stay all discovery, "with the exception of the continuing duty of the parties to supplement their disclosures under Rule 26(a)" until a later date to be chosen by the Court. (Id. at 2:3-4.)

The parties' stipulation is in essence a de facto request to modify the Status (Pretrial Scheduling) Order that is not supported by a showing of good cause. However, in light of the parties' joint request for more time to seek to mediate this case, the November 21, 2014 Status (Pretrial Scheduling) Order is amended as follows:

All discovery shall be completed by October 14, 2015; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before June 16, 2015, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before July 14, 2015; the last hearing date for motions shall be December 14, 2015, commencing at 9:00 a.m.; and the final pretrial conference is set for February 8, 2016, at 11:00 a.m. in courtroom 10.

IT IS SO ORDERED.

Dated: March 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2