UNITED STATES DISTRICT COURT

EASTERN DISTRICT, SACRAMENTO DIVISION

| | |
|---|---|
| NATE WORTH,<br><br>    Plaintiff,<br><br>    vs.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, AN IOWA CORPORATION QUALIFIED TO DO BUSINESS IN CALIFORNIA AKA NATIONWIDE MUTUAL INSURANCE AKA ALLIED INSURANCE and DOES 1 through 100 inclusive,<br><br>    Defendants. | CASE NO. 2:14-CV-02068-GEB-AC<br><br>**[PROPOSED] AMENDED ORDER REFERRING ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to the Amended Stipulation filed herewith the parties are ordered to participate in the VDRP program pursuant to Local Rule 271.

The ORDER signed by Judge Garland E. Burrell, Jr. on 3/13/2015 ORDERING that the 11/21/2015 Status (Pretrial Scheduling) be Amended shall stand. All Pretrial deadlines shall follow the Order filed on March 16, 2015.

Dated: May 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4843-0256-3874.1                                                                         2:14-CV-02068-GEB-AC
[PROPOSED] AMENDED ORDER REFERRING ACTION TO VOLUNTARY DISPUTE RESOLUTION
PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271