**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
    E-Mail: Julian.Pardini@lewisbrisbois.com
Stephen J. Liberatore, Esq. SB# 129772
    E-Mail: Stephen.Liberatore@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone:   415.362.2580
Facsimile:    415.434.0882

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY, sued herein as "NATIONWIDE
AGRIBUSINESS INSURANCE COMPANY"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE WORTH,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, AN IOWA CORPORATION QUALIFIED TO DO BUSINESS IN CALIFORNIA AKA NATIONWIDE MUTUAL INSURANCE AKA ALLIED INSURANCE AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendants. | CASE NO. 2:14-CV-02068-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION PURSUANT TO COURT'S VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br><br>Complaint Filed: July 28, 2014 |

      Plaintiff NATE WORTH ("Plaintiff") and NATIONWIDE MUTUAL INSURANCE COMPANY, sued herein as "NATIONWIDE AGRIBUSINESS INSURANCE COMPANY" ("Defendant"), and collectively referred to hereinafter as "the Parties," by and through their respective counsel of record stipulate as follows:

**RECITALS**

    1.    On May 18, 2015, the Parties agreed by stipulation to participate in mediation pursuant to the Court's "Voluntary Dispute Resolution Program" ("VDRP").

    2.    On May 18, 2015, the Court ordered the Parties to participate in VDRP mediation.

    3.    On June 4, 2015, the Court appointed Richard Caufield to act as the neutral attorney with respect the Parties' VDRP mediation.

1    4.    Per the Court's Local Rule 271(j)(1), the Parties were to complete the VDRP
2 mediation no later than September 3, 2015.
3    5.    However, due to the Parties' respective counsel's trial calendars and Mr. Caufield's
4 request that the mediation be held on a Friday, the Parties cannot complete the mediation prior to
5 the September 3, 2015.  In consultation with Mr. Caufield, counsel for the Parties are endeavoring
6 to schedule the mediation for Friday, October 2, 2015, or Friday, October 16, 2015.

## STIPULATION

WHEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate as follows:

That the Parties, jointly, by and through their respective counsel of record, request that the Court extend the deadline for the Parties to complete mediation pursuant to VDRP, presently set for September 3, 2015, an additional 90 days to December 2, 2015.

Respectfully submitted,

Dated: July __, 2015          Law Office of James L. Brunello

By_____
   James L. Brunello
   Karen Pine
Attorneys for Plaintiff
NATE WORTH

Dated: July __, 2015          LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
   Julian J. Pardini
   Stephen J. Liberatore
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY, sued herein as "NATIONWIDE
AGRIBUSINESS INSURANCE COMPANY"

/ / /

/ / /

**ORDER**

Having read and considered the Parties' stipulation, set forth above,

**THE COURT HEREBY ORDERS** that the deadline for the Parties to complete mediation pursuant to the Court's Voluntary Dispute Resolution Program be, and hereby is, **EXTENDED** to **December 2, 2015**.

IT IS SO ORDERED.

Dated: July 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge